## UNITED STATES DISTRICT COURT
## DISTRICT OF SOUTH CAROLINA
## BEAUFORT DIVISION

| | |
|---|---|
| STEVEN BARNARD, JR, | ) Civil Action No.: 9:25-cv-00266-DCN |
| Plaintiff, | ) |
| v. | ) **DEFENDANT TMS RACING, LLC'S** |
| | ) **ANSWERS TO LOCAL RULE 26.01** |
| ROBERT GLENNON AND TMS RACING, LLC, | ) **INTERROGATORIES** |
| Defendants. | ) |

Defendant TMS Racing, LLC, hereby responds to Local Rule 26.01 Interrogatories as follows:

A.  State the full name, address and telephone number of all persons or legal entities who may have a subrogation interest in each claim and state the basis and extent of said interest.

**ANSWER**:   **None.**

B.  As to each claim, state whether it should be tried jury or non-jury and why.

**ANSWER**:   **Plaintiff's Complaint requests a jury trial**.

C.  State whether the party submitting these responses is a publicly owned company and separately identify: (1) each publicly owned company of which it is a parent, subsidiary, partner or affiliate; (2) each publicly owned company which owns ten percent or more of the outstanding shares or other indicia of ownership of the party; and (3) each publicly owned company in which the party owns ten percent or more of the outstanding shares.

**ANSWER**:   **Defendant TMS Racing, LLC is not a public company.**

D.  State the basis for asserting the claim in the division in which it was filed (or the basis of any challenge to the appropriateness of the division).

**ANSWER**:   **The events alleged in the Complaint allegedly occurred in Jasper County, South Carolina, and Plaintiff's Complaint was filed in Jasper County, South Carolina. Defendant does not challenge the appropriateness of the division at this time.**

E.  Is this action related in whole or in part to any other matter filed in this District, whether civil or criminal? If so, provide: (1) a short caption and the full case number of the related action; (2) an explanation of how the matters are related; and (3) a statement of the status

of the related action. Counsel should disclose any cases which may be related regardless of whether they are still pending. Whether cases are related such that they should be assigned to a single judge will be determined by the Clerk of Court based on a determination of whether the cases arise from the same or identical transactions, happenings or events; involve the identical parties or property; or for any other reason would entail substantial duplication of labor if heard by different judges.

**ANSWER**:    **No.**

F.     If the defendant is improperly identified, give the proper identification and state whether counsel will accept service of an amended summons and pleading reflecting the correct identification.

**ANSWER**:    **Defendant is properly identified.**

G.     If you contend that some other person or legal entity is, in whole or in part, liable to you or the party asserting a claim against you in this matter, identify such person or entity and describe the basis of said liability.

**ANSWER**:    **None at this time.**

H.     In an action in which jurisdiction is based on diversity under 28 U.S.C. § 1332(a), a party or intervenor must, unless the court orders otherwise, name – and identify the citizenship of – every individual or entity who citizenship is attributed to that party or intervenor. This response must be supplemented when any later event occurs that could affect the court's jurisdiction under § 1332(a).

**ANSWER:    Defendant TMS Racing, LLC is a limited liability company incorporated in the State of Massachusetts. The owner of Defendant TMS Racing, LLC is domiciled in the State of Massachusetts.**

                                HAYNSWORTH SINKLER BOYD, P.A.
                                134 Meeting Street, Third Floor (29401)
                                P. O. Box 340
                                Charleston, SC 29402-0340
                                Telephone:    843-722-3366
                                Facsimile:    843-722-2266
                                Email:  ayount@hsblawfirm.com

                                By:    /s/ Adam N. Yount
                                        Adam N. Yount -Fed I.D. No. 10313
                                        Carlisle B. Allen -Fed. I.D. No.14288

                                *Attorneys for Defendant TMS Racing, LLC*

January 15, 2025
Charleston, South Carolina